```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
ANN MARIE SHAND                    :
        v.                         :   CASE NO. 3:02CV1949 (AWT)
CHRIS' AUTO CLINIC                 :
```

FILED
2003 OCT 15 P 3:06
U.S. DISTRICT COURT
HARTFORD CT

NOTICE TO COUNSEL
PURSUANT TO LOCAL RULE 41(b)

The above-entitled case was reported to the Court on October 15, 2003 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 17, 2003, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

The parties are notified herein that all pending motions, (if any), are hereby denied, without prejudice to reopening. In the event that settlement has not been consummated, such motions that have been denied without prejudice may be renewed before this court by filing a notice that they are again ripe for decision. If and when such a notice is filed, the parties shall notify chambers in writing for the purpose of scheduling a status conference to set a final pretrial scheduling order for the completion of discovery and the filing of dispositive motions.

-2-

It is so ordered.

Dated at Hartford, Connecticut this 15th day of October, 2003.

                              KEVIN F. ROWE, CLERK

                              By: *Sandy Smith*
                                   Sandy Smith
                                   Deputy Clerk