UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SETTLEMENT CONFERENCE CALENDAR

450 MAIN STREET
HARTFORD
SOUTH JURY ROOM
SECOND FLOOR

OCTOBER 15, 2003

10:30 a.m.

HONORABLE EMANUEL N. PSARAKIS, PARAJUDICIAL OFFICER

EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.

COUNSEL SHALL SEND AN EX PARTE CONFIDENTIAL STATEMENT OUTLINING THEIR RESPECTIVE SETTLEMENT POSITIONS, to Emanuel N. Psarakis, Esq., Robinson & Cole, 280 Trumbull Street, Hartford, CT 06103, NO LATER THAN FIVE DAYS PRIOR TO THE CONFERENCE. THIS STATEMENT SHOULD INCLUDE THE FOLLOWING: 1) ALL CLAIMS; 2) FACTUAL AND LEGAL BASIS FOR CLAIMS (INCLUDING DAMAGES, TO INCLUDE LEGAL CITATIONS); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFORE; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

CASE NO.3:02CV1949 (AWT)   Shand v. Chris' Auto Clinic

COUNSEL OF RECORD:

| | |
|---|---|
| Daniel S. Blinn<br>Matthew T. Theriault | Consumer Law Group<br>2138 Silas Dean Highway<br>P.O. Box 1039<br>Rocky Hill, CT   06067<br>860-571-0408 |
| Robert F. Cohen | 580 Broad Street<br>Bristol, CT<br>860-584-5625 |

*Conference held*
*Case reported settled.*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK