UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNA MARIE SHAND ) <br>    Plaintiff ) <br> v. ) <br> ) <br> CHRIS' AUTO CLINIC, a/k/a ) <br> CHRIS' AUTO CLINIC, LLC ) <br>    Defendant ) | CASE NUMBER <br> 3?02CV1949(AWT) <br><br> STIPULATION TO <br> DISMISSAL <br><br><br> January 22, 2004 |

    The plaintiff, Anna Marie Shand, through her attorney Matthew T. Theriault and the defendant Chris' Auto Clinic, a/k/a Chris' Auto Clinic, LLC, through its attorney Robert F. Cohen, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs subject to approval of the Court.

                    PLAINTIFF, Anna Marie Shand

Date: _____     By: _____
                           Daniel S. Blinn,  ct02188
                           Matthew T. Theriault,   ct23077
                           Consumer Law Group, LLC
                           P. O. Box 1039   2138 Silas Deane Highway
                           Rocky Hill, Connecticut 06067-9997
                           Tel. (860) 571-0408  Fax (860) 571-7457

                           DEFENDANT, Chris' Auto Clinic a/k/a
                           Chris' Auto Clinic, LLC.

Date: _____     By: _____
                           Robert F. Cohen, Esq.
                           580 Broad Street
                           Bristol, CT 06010

## CERTIFICATION OF SERVICE

       This is to certify that a copy of the foregoing Stipulation to Dismissal was mailed, via first class mail, postage prepaid, this ___ day of January 2004, to all counsel as follows:

Robert F. Cohen, Esq.
580 Broad Street
Bristol, CT 06010

                                                                                                   _____
                                                                                                    Matthew T. Theriault