02 CV 1949 Stip

14

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNA MARIE SHAND<br>Plaintiff<br>v.<br><br>CHRIS' AUTO CLINIC, a/k/a<br>CHRIS' AUTO CLINIC, LLC<br>Defendant | CASE NUMBER<br>3?02CV1949(AWT) RKW<br><br>STIPULATION TO<br>DISMISSAL<br><br>February 17, 2004<br>~~January 22, 2004~~ |

The plaintiff, Anna Marie Shand, through her attorney Matthew T. Theriault and the defendant Chris' Auto Clinic, a/k/a Chris' Auto Clinic, LLC, through its attorney Robert F. Cohen, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs subject to approval of the Court.

PLAINTIFF, Anna Marie Shand

Date: 2/17/04      By: _____
Daniel S. Blinn, ct02188
Matthew T. Theriault, ct23077
Consumer Law Group, LLC
P. O. Box 1039   2138 Silas Deane Highway
Rocky Hill, Connecticut 06067-9997
Tel. (860) 571-0408  Fax (860) 571-7457

DEFENDANT, Chris' Auto Clinic a/k/a
Chris' Auto Clinic, LLC.

Date: _____   By: _____
Robert F. Cohen, Esq.
580 Broad Street
Bristol, CT 06010

**APPROVED and SO ORDERED.**

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    02/20/04

FEB 17 2004